R. F. SLAUGHTER, Plaintiff in Error, *vs.* JOHN NININGER, Defendant in Error.

ERROR TO THE DISTRICT COURT OF RAMSEY COUNTY.

[Same points decided in case of *Babcock & Hollinshead vs. Sanborn & French, ante. p.* 141.]

SMITH & GILMAN, Counsel for Plaintiff in Error.

BRISBIN & BIGELOW, Counsel for Defendant in Error.

*By the Court*—FLANDRAU, J.   This was an action on a promissory note, in which the Defendant allowed judgment to pass against him by default.   He now sues out a writ of error from this Court, complaining that the Clerk assessed the damages at too great a sum, and made allowances of items of costs and disbursements which were erroneous and unauthorized by law.

The case falls within the ruling we made in the case of *Babcock & Hollinshead vs. Sanborn & French*, decided at this term, which involved kindred questions, and must be determined the same way.   Judgment affirmed.

EMMETT, C. J., dissents.